UNITED STATES TRUST COMPANY of New York, as Substituted
Trustee, etc., Appellant, *v.* PHILIP V. R. STANTON,
Impleaded, etc., Respondent.

(Argued March 5, 1895; decided March 19, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made February 12, 1894, which reversed a judgment in
favor of plaintiff entered upon a decision of the court on trial
at Special Term, dismissed the complaint and awarded final
judgment in favor of defendant.

---

* Reported below, 73 Hun, 40.

*Edward W. Sheldon* for appellant.

*Josiah T. Marean* for respondent.

Agree to affirm on the defense of the Statute of Limitations; no opinion.

All concur, except GRAY and BARTLETT, JJ., dissenting.

Judgment affirmed.